BARBARA PURPURA, Respondent, v NICHOLAS E. PURPURA, Appellant.

Submitted October 11, 2005; decided December 20, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a preference dismissed as academic. Motion for poor person relief dismissed as academic.